JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

KHALID IDRISSI HAMLILI

**DEFENDANTS**

CARLINE VILBON

**(b)** County of Residence of First Listed Plaintiff   Providence
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Providence
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
      THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorney Edward Grourke: 24 Spring Street, Pawtucket, RI. 02860
Email: efg@finangrourke.com Phone (401) 723-6800

Attorneys *(If Known)*

Carline Vilbon Pro Se: 74 Prince Street, Pawtucket, RI. 02860
Email: vilbonc@yahoo.com Phone (401) 654-3470

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☒ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC,1443, Fourteenth Amendment, US Statutes of Fraud, 8 USC,135(C), 8 USC,125, 18 USC, 1429

Brief description of cause:
The state court denied me due process by denying me relief to void a fraudulent contract without being fully heard.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*
JUDGE Asquith from Rhode Island Family Court  DOCKET NUMBER P2020-3288

DATE 09/24/2021

SIGNATURE OF ATTORNEY OF RECORD
*Carline Vilbon* / Carline Vilbon

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT

For the

DISTRICT OF RHODE ISLAND

_____

Plaintiff,
Khalid Idrissi Hamlili
          vs.
Defendant,
Carline Vilbon

CASE NO.

Rhode Island Family Court No. P-2020-3288

_____

DATED:  September 24, 2021

## **NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1443, 28 U.S.C. § 1441(a), 1441 (b), 18 U.S.C. § 1429 U.S.C. § 135, 8 U.S.C. § 125 the United States Statutes of Fraud and the fourteenth Amendment of the United States' Constitution, I Carline Vilbon, the Defendant – Petitioner,  by way of removal would respectfully show unto this Court:

1.  This action was commenced by the filing of a Summons and Complaint on August 11, 2020, in the Rhode Island Family Court, in the Providence county.

2.  Thirty days have elapsed since the receipt of the Complaint by the Defendant upon whom it has been served.

3.  On September 15, 2021, during a hearing of motion for summary judgment, the state court denied my motion, without fully hearing it and the admissible evidence. The Court denied my motion and declined to hear my argument and to present the admissible evidence which I filed. I Carline Vilbon the Defendant was denied due process and equal protection of the law by the state court, that is to void the marital contract based on fraud,

and the United States Statutes of Fraud and Rhode Island Statutes of Fraud permit me, the

injured party to void the fraudulent contract on grounds of fraudulent misrepresentation,

fraudulent concealment and inducement into marriage. Yet, the state Court disallowed

my right to due process to be heard and present admissible evidence in order to obtain

relief by equal protection of the law.

Title 28 U.S.C § **1443** provides that:

"Any of the following <u>civil</u> actions or criminal prosecutions, commenced in a State court may be
removed by the defendant to the district court of the United States for the district and division
embracing the place wherein it is pending:

(1) Against any person who is denied or cannot enforce in the courts of such State a right under
any law providing for the equal civil rights of citizens of the United States, or of all persons
within the jurisdiction thereof;

(2) For any act under color of authority derived from any law providing for equal rights, or for
refusing to do any act on the ground that it would be inconsistent with such law".

4.   Under Title 28 U.S.C § 1443, 18 U.S.C. § 1429 U.S.C. § 135, 8 U.S.C. § 125 and the

United States Statutes of Fraud, the United States district court has jurisdiction to

entertain a civil actions where jurisdiction arises under the Constitution of the United

States, and United States Laws for deprivation of constitutional rights, which I the

Defendant could not enforce in the Rhode Island Family Court.

5.   Pursuant to 28 U.S.C. '1441(a), the Defendant may remove to the District Court of the

United States, for the district and division embracing the place where such action is

pending, any civil action brought in a state court of which the district courts of the United

States have original jurisdiction. Pursuant to 28 U.S.C. '1441(b), any civil action of which

the district courts have original jurisdiction founded on a claim or right arising under the

Constitution or laws of the United States shall be removable without regard to the citizenship or residence of the parties.

6.  By virtue of 28 U.S.C. § 1443, , 28 U.S.C. §1441(a), 1441 (b), 18 U.S.C. § 1429, 8 U.S.C. § 135, 8 U.S.C. § 125 and the United States Statutes of Fraud, the United States District Court has original jurisdiction of any civil action for a claim under Fraud.

7.  By virtue of the foregoing, I, the Defendant Carline Vilbon hereby remove this action to the United States District Court for the District of Rhode Island.

8.  The Defendant files herewith in this Court a copy of all process, pleadings and orders

(a) Served by or upon me in this action, as a part of the Notice of Removal, which consists of the Summons and Complaint dated August 11, 2020.

(b)  The Clerk of the Rhode Island Family Court Domestic Relations from which this action is removed, and Plaintiff's counsel shall promptly be given written Notice that the Notice of Removal has been filed and shall be provided a copy of the Notice of Removal.

WHEREFORE: I, the Defendant pray that this Notice of Removal be accepted as sufficient for removal of this action to this Court.

Respectfully submitted,

Carline Vilbon
74 Prince Street
Pawtucket, RI. 02860
Ph: (401) 654-3470
Email:
**Dated:** September 24, 2021