# Meghan Kenny

| | |
|---|---|
| **From:** | Carline Vilbon <vilbonc@yahoo.com> |
| **Sent:** | Friday, September 24, 2021 12:26 PM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | REMOVAL |
| **Attachments:** | Notice of Removal - Void Marriage.pdf; IFP - Void Marriage.pdf |
| **Categories:** | Question |

**CAUTION - EXTERNAL:**

Good afternoon!

Pursuant to the Rule 81 of the Federal Rules of Civil Procedures, please file the following documents for removal into a new case.

1. The Defendant's Notice of Removal
2. Documents in Support of the Defendant's Notice of Removal
3. Motion to Proceed In Forma Pauperis

Thank you,

Carline Vilbon
https://www.dropbox.com/s/v8b84dtofxshb27/Notice%20of%20Removal%20Documents.pdf?dl=0

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.